UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHANELL HODGES,

                Plaintiff,

                Civil Action No.: 1:19-cv-81

vs.

                HON. PAUL L. MALONEY

77 GRANDVILLE, INC., et al.

                Defendants.

## JOINT RENEWED MOTION FOR PRELIMINARY SETTLEMENT APPROVAL

Plaintiff Shanell Hodges and Defendants 77 Grandville, Inc, Kris Elliott, and Dax Hylarides ("Defendants") have reached an agreement to resolve this lawsuit. The parties previously sought preliminary approval of the settlement terms from this Court. The Court denied the request without prejudice (ECF No. 78). The parties revised the settlement documents to address the Court's concerns and now request this Court to grant the following relief:

(1) Grant preliminary approval of the parties' Settlement Agreement, attached to this motion as Exhibit 1.

(2) Authorize distribution of the Notice of Settlement, attached to this motion as Exhibit 1A.

(3) Certify this case, for settlement purposes, as a Rule 23 class action.

A brief in support of plaintiff's first motion for approval of this settlement was filed on May 22, 2020. (ECF No. 73). The parties rely upon that brief, and the following exhibits filed with this motion:

1. Settlement Agreement. (Exhibit 1). (New)
2. Opt-Ins List. (Exhibit 1A).
3. Remaining Class Members List. (Exhibit 1B).
4. JND Cost Estimate. (Exhibit 1C).
5. Woods Damages Workbook. (Exhibit 1D). (New)
6. Hodges Notice of Settlement. (Exhibit 1E). (New)

The parties have also filed a motion to permit the filing of a revised version of a supplemental confidential settlement agreement with restricted access. The supplemental agreement is identified as Exhibit 2 to this motion. This Court previously granted the parties' motion to file an earlier version of Exhibit 2 on a restricted basis. (ECF 76). A proposed Order has also been included with this filing.

                        Respectfully submitted,

                        BOS & GLAZIER, P.L.C.
                        Attorneys for Plaintiffs

Dated: May 19, 2021        By: *Bradley K. Glazier*
                                    Bradley K. Glazier (P35523)
                                    Robert M. Howard (P80740)

                        BUSINESS ADDRESS:
                        990 Monroe Avenue, N.W.
                        Grand Rapids, MI 49503
                        (616) 458-6814

                        MILLER JOHNSON

Dated: May 19, 2021

By: ___*Matthew O'Rourke*___
    Jeffrey G. Muth (P65041)
    Matthew M. O'Rourke (P79019)

BUSINESS ADDRESS:
    45 Ottawa Avenue, SW, Suite 1100
    Grand Rapids, MI 49503
    (616) 831-1700